```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-20-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PAUL ANTHONY DIXON,

                Petitioner,     **ORDER**
                                                      Case No. 07-CV-7180 (LBS)

   - against -

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------X

Appearances:
For the Petitioner:                       For the Respondent:

LEONARD F. JOY, ESQ.,                MICHAEL J. GARCIA, ESQ.,
Attorney-in-Chief                       United States Attorney
Federal Defenders of New York, Inc.  Southern District of New York
52 Duane Street, 10th Floor          By: JOHN T. ZACH, ESQ.,
New York, New York 10007              Assistant United States Attorney
                                         One St. Andrew's Plaza
                                         New York, New York

**SAND, United States District Judge:**

       On March 18, 2008, the Court held a hearing to determine, pursuant to *Campusano v. United States*, 442 F.3d 770 (2d Cir. 2006), whether petitioner Paul Anthony Dixon had instructed his attorney to file an appeal following his sentence in the underlying criminal case entitled *United States v. Dixon*, 06 Cr. 426 (S.D.N.Y.). Sentence was imposed in the underlying criminal case on November 29, 2006, and the judgment of conviction was entered on December 1, 2006.

       After considering testimony from Mr. Dixon, the Court finds that he did instruct his attorney to file an appeal. Accordingly, Dixon's petition pursuant to 28 U.S.C. § 2255 is granted: the judgment of conviction dated December 1, 2006, in 06 Cr. 426, is deemed entered as of the date of the filing of this Order. If Dixon wishes to

```
COPIES MAILED TO ALL PARTIES
        3-20-08
```

appeal, he must duly file his notice of appeal within 10 days thereafter. *See Campusano*, 442 F.3d at 776-77.

**SO ORDERED.**

_____
**LEONARD B. SAND**
United States District Judge

New York, New York
March 3/19, 2008